THE PEOPLE OF THE STATE OF NEW YORK ex rel. TREMONT TOWERS, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Board of Taxes and Assessments in the City of New York, Respondents.

Submitted October 3, 1951; decided October 5, 1951.

*Gerson T. Margolish* and *Lawrence I. Gerber* for motion.

*Denis M. Hurley, Corporation Counsel* (*Imre Schwarz* and *Morris Handel* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.